**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Oscar Mauricio GUERRERO, Defendant–Appellant.**

**No. 13–41352**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 29, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, H. Michael Soko-

---

low, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Oscar Mauricio Guerrero raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 n. 28 (5th Cir.) (en banc), *cert. denied,* —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013), which held that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be lower than seventeen years old and does not include the age differential requirement asserted. Accordingly, the unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.